# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

In re:

MOSDOS CHOFETZ CHAIM, INC.,

                      Debtor.

-------------------------------------------------------------X

RABBI MAYER ZAKS,

                   Appellant,                        22 **CIVIL** 6201 (KMK)

      -against-                                    **JUDGMENT**

MOSDOS CHOFETZ CHAIM, INC. and
RABBI ARYEH ZAKS,

                   Appellees.

-----------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 22, 2023, the Orders of the Bankruptcy Court are hereby affirmed; accordingly, the case is closed.

**Dated:** New York, New York
         September 22, 2023

                                                                  **RUBY J. KRAJICK**

                                                                   **Clerk of Court**
                                **BY:**
                                                                   **Deputy Clerk**